UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM REVOAL,<br><br>        Plaintiff,<br><br>   v.<br><br>BAKERSFIELD MEDICAL CENTER, et al.,<br><br>        Defendants. | 1:22-cv-00801-SKO (PC)<br><br>**ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS***<br><br>(Doc. 5)<br><br>**ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY CALIFORNIA DEPARTMENT OF CORRECTIONS** |

Plaintiff William Revoal is a state prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983.

On August 8, 2022, Plaintiff filed an application to proceed *in forma pauperis* (IFP) pursuant to 28 U.S.C. § 1915. (Doc. 5.) Following review of the application and receipt of Plaintiff's prisoner trust fund account statement, the application for IFP status will be granted as Plaintiff has made the required showing.

Plaintiff is obligated to pay the statutory filing fee of $350 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to Plaintiff's trust account. The Madera County Jail is required to send to the Clerk of the Court payments from Plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

1

**CONCLUSION AND ORDER**

In accordance with the above and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* (Doc. 5) is GRANTED;

2. **The Director of the California Department of Corrections or his or her designee shall collect payments from Plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action**;

3. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* applications on the Director of the California Department of Corrections, via the Court's electronic case filing system (CM/ECF); and

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California.

IT IS SO ORDERED.

Dated:   **August 10, 2022**              /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE