UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM REVOAL,<br><br>        Plaintiff,<br><br>    v.<br><br>BAKERSFIELD MEDICAL CENTER, et al.,<br><br>        Defendants. | 1:22-cv-00801-ADA-SKO (PC)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL**<br><br>(Doc. 19) |

Plaintiff William Revoal is a former state prisoner proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

**I.      RELEVANT BACKGROUND**

On June 7, 2023, this Court issued its First Screening Order. (Doc. 14.) The Court found Plaintiff's complaint failed to state a claim upon which relief could be granted. (*Id*. at 4-10.) Plaintiff was ordered to either file a first amended complaint or a notice of voluntary dismissal within 21 days of the date of service of the order. (*Id*. at 11.)

On July 10, 2023, after Plaintiff failed to file either a first amended complaint or a notice of voluntary dismissal, the Court issued Findings and Recommendations to Dismiss Action for Failure to Obey Court Orders and Failure to Prosecute. (Doc. 16.) Plaintiff was to file any objections within 14 days of the date of service. (*Id*. at 4.)

On July 17, 2023, Plaintiff filed a Notice of Change of Address. (Doc. 17.) That same date, the Clerk of the Court re-served Plaintiff with the Findings and Recommendations issued

1

July 10, 2023, to his new address. (*See* Docket Entry dated 7/17/23.)

On August 7, 2023, this Court issued its Order Vacating Findings and Recommendations to Dismiss Action for Failure to Obey Court Orders and Failure to Prosecute, and Order Granting Extension of Time Within Which to File Notice of Voluntary Dismissal or First Amended Complaint. (Doc. 18.)

On August 16, 2023, Plaintiff filed a document titled "Plaintiff Motion For Voluntary Dismissal." (Doc. 19.)

## II.    DISCUSSION

As previously noted by the Court in its August 7, 2023, Order, "it is apparent Plaintiff intends to seek the assistance of counsel to 'refile' this action." (Doc. 18 at 2.) In that order, the Court advised Plaintiff "that by filing a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) … the dismissal would be without prejudice and would not bar Plaintiff from refiling this claim or claims in a subsequent action should he obtain legal counsel …." (*Id*. at 2-3.)  Plaintiff was afforded 21 days within which to file a notice of voluntary dismissal or, alternatively, to file a first amended complaint. (*Id.* at 3.)

Plaintiff timely filed his request that this action be voluntarily dismissed, noting again his intent to seek legal representation. (Doc. 19.) The Federal Rules of Civil Procedure permit a plaintiff to file "a notice of voluntary dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). "[U]nder Rule 41(a)(1)(A)(i), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.'" *Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc*., 193 F.3d 1074, 1077 (9th Cir. 1999) (quoting *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997)). The Ninth Circuit has held that Rule 41(a) allows a plaintiff to dismiss without a court order any defendant who has yet to serve an answer or motion for summary judgment. *Pedrina v. Chun*, 987 F.2d 608, 609 (9th Cir. 1993). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." *Commercial Space Mgmt. Co., Inc.*, 193 F.3d at 1078.

Here, no defendant has been served, nor has an answer or other responsive pleading been filed by any defendant. Thus, Plaintiff is entitled to the voluntary dismissal he seeks.

### III.     CONCLUSION AND ORDER

Accordingly, the Clerk of the Court is **HEREBY ORDERED** to terminate any pending motions or deadlines and to close this case.

IT IS SO ORDERED.

Dated:   **August 17, 2023**               /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE

3